UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ISABEL GREGORIO MARTINEZ,** | Civil Action No. 25-18912 (MCA) |
| Petitioner, | |
| v. | ORDER |
| **ERIC ROKOSKY, et al.,** | |
| Respondents. | |

Currently pending before the Court is a Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and a motion for a Temporary Restraining Order seeking Petitioner's immediate release or a bond hearing. (ECF Nos. 1-2.) The Court previously enjoined Petitioner's transfer or removal from the United States while this matter is pending. (ECF No. 3.)

Respondents filed a letter response (ECF No. 5), stipulating to the relevant facts alleged in the Petition[1] and acknowledging that they rely on the same statutory interpretation set forth in *Matter of Yajure Hurtado*, 29 I&N Dec. 215 (BIA 2025), which was rejected by this Court in *Vasquez Lucero v. Soto*, et al, No. 25-16737-MCA, 2025 WL 3240895 (D.N.J. Nov. 20, 2025).

The Court has considered the matter and **GRANTS** the Petition for the same reasons stated in *Vasquez Lucero*. Moreover, the Court finds that a bond hearing under 8 U.S.C. § 1226(a) is the appropriate remedy.

**IT IS** on this 29th day of January 2026,

---

[1] Respondents stipulate that Petitioner is a native and citizen of Mexico who last entered the United States without inspection in 2001. (ECF No. 5, Answer at 1 (citing Pet. ¶ 12).) Respondents also stipulate that Petitioner was originally detained on state charges for a simple assault charge and transferred to immigration detention on December 13, 2025. (*Id.* (citing Pet. ¶ 13).)

**ORDERED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED**; and it is further

**ORDERED that Respondents shall provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and 8 C.F.R. § 236.1(d) within 7 days of the date of this Order**; and it is further

**ORDERED** that within 3 days of the bond hearing, Respondents shall file a letter advising the Court of the outcome of the bond hearing, at which time the Court will dissolve any temporary restraints and close the matter; and it is further

**ORDERED** that the Motion for a Temporary Restraining Order pending at ECF No. 2, which seeks release or a bond hearing, is dismissed as **MOOT** in light of the relief provided.

*s/ Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States District Judge**
